UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMS Ship Supply (Houston) Inc.
　d/b/a Provimar America, Inc.,

EMS Ship Supply (Germany) Gmbh

EMS Ship Management (Singapore) Pte Ltd,

　　　　　　　　　Plaintiffs,
　　v.

Kyodo Corporation,

Kyodo Shipping Ltd. and

Progress Shipping Ltd.
　　　　　　　　　Defendants.

ECF Case

09 CV 8224 (LAK)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 12/22/09

---

### ORDER TO UNSEAL CASE

The Court ordered on September 25, 2009 pursuant to plaintiffs' motion that this case be temporarily sealed. Upon application of the plaintiffs, it is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: December 22, 2009

SO ORDERED:

_____
U.S.D.J.