LAW OFFICES OF GEORGE N. PROIOS, PLLC
Attorneys for Plaintiffs
65 West 36th Street, 7th Floor
New York, NY 10018-7702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMS Ship Supply (Houston) Inc.
   d/b/a Provimar America, Inc.,

EMS Ship Supply (Germany) Gmbh

EMS Ship Management (Singapore) Pte Ltd,

                  Plaintiffs,
    v.

Kyodo Corporation,

Kyodo Shipping Ltd. and

Progress Shipping Ltd.
                  Defendants.

ECF Case

09 CV 8224 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09

---

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendants, plaintiffs hereby voluntary dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: December 17, 2009
      New York, New York

Respectfully submitted,

Law Offices of George N. Proios, PLLC
Attorneys for Plaintiffs

By: _____
George N. Proios
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 279-8880

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ